THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MEGHAN McCLENDON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA MASON FRANCISCAN HEALTH,<br><br>Defendant. | Case No.: 3:24-cv-05048<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

THIS MATTER came before the Court on Plaintiff Meghan McClendon ("Plaintiff") and Defendant Virginia Mason Franciscan Health's ("Defendant") (altogether "the Parties"), Stipulated Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Stipulated Motion"). The Court, having considered the papers submitted, finds that the Stipulated Motion should be granted. Now, therefore, it is hereby ORDERED that the Stipulated Motion is GRANTED and Defendant's deadline to respond to Plaintiff's complaint is hereby extended until April 2, 2024.

IT IS SO ORDERED.

DATED this 23rd day of January.

| | |
|---|---|
| ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 1<br>CASE NO.: 3:24-cv-05048 | BAKER & HOSTETLER LLP<br>999 Third Avenue, Suite 3900<br>Seattle, WA  98104-4076<br>Telephone:  (206) 332-1380 |

_____
Tiffany M. Cartwright
United States District Judge

Presented by:

**BAKER & HOSTETLER LLP**

*/s/Alexander Vitruk*
Alexander Vitruk, WSBA No. 57337
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: avitruk@bakerlaw.com

*Attorney for Defendant Virginia Mason Franciscan Health*

**EMERY REDDY, PLLC**

*/s/Timothy W. Emery*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
600 Stewart Street, Suite 1100
Seattle, WA 98101-1269
Tel: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 2
CASE NO.: 3:24-cv-05048

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

1  **CLAYEO C. ARNOLD**

2  M. Anderson Berry*
3  Gregory Haroutunian*
   Brandon P. Jack*
4  865 Howe Avenue
   Sacramento, CA 95825
5  Tel: (916) 239-4778
   Fax: (916) 924-1829
6  Email: aberry@justice4you.com
   gharoutunian@justice4you.com
7  bjack@justice4you.com

8
   *pro hac vice forthcoming
9  *Counsel for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT - 3
CASE NO.: 3:24-cv-05048

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via U.S. Mail and/or E-Mail upon the following at the address stated below:

| | |
|---|---|
| Timothy W. Emery, WSBA #34078<br>Patrick B. Reddy, WSBA #34092<br>**EMERY REDDY, PLLC**<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101-1269<br>Tel: (206) 442-9106<br>Fax: (206) 441-9711<br>Email: emeryt@emeryreddy.com<br>reddyp@emeryreddy.com | ☐ Via Messenger<br>☐ Via Fax<br>☐ Via U.S. Mail<br>☒ Via ECF Notification<br>☒ Via Email<br>☐ Via Overnight Delivery |
| M. Anderson Berry*<br>Gregory Haroutunian*<br>Brandon P. Jack*<br>**CLAYEO C. ARNOLD**<br>**A PROFESSIONAL CORPORATION**<br>865 Howe Avenue<br>Sacramento, CA 95825<br>Tel: (916) 239-4778<br>Fax: (916) 924-1829<br>Email: aberry@justice4you.com<br>gharoutunian@justice4you.com<br>bjack@justice4you.com | ☐ Via Messenger<br>☐ Via Fax<br>☐ Via U.S. Mail<br>☒ Via ECF Notification<br>☒ Via Email<br>☐ Via Overnight Delivery |

*pro hac vice forthcoming*
*Counsel for Plaintiff and the Putative Class*

DATED: January 23, 2024, at Seattle, Washington.

/s/*Pear Brown*
Pear Brown, Legal Assistant
pebrown@bakerlaw.com

---

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT - 4
CASE NO.: 3:24-cv-05048

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380